UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| RODITHA CAMACHO, | No. C 10-4667 MEJ |
| Plaintiff, | |
| v. | **ORDER VACATING CMC** |
| WASHINGTON MUTUAL BANK, FA, et al., | |
| Defendants. | |
| _____/ | |

This matter is currently scheduled for a case management conference on January 27, 2011. However, no case management statement has been filed and there is no indication that any of the defendants have been served. Accordingly, the Court VACATES the January 27 c.m.c. and ORDERS Plaintiff to file a status report by February 3, 2011.

**IT IS SO ORDERED.**

Dated: January 21, 2011

_____
Maria-Elena James
Chief United States Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

RODITHA CAMACHO,

        Plaintiff,

  v.

WASHINGTON MUTUAL BANK, FA et al,

        Defendant.

Case Number: CV10-04667 MEJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 21, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Roditha Camacho
130 Turquoise Way
Livermore, CA 94550

Dated: January 21, 2011

        Richard W. Wieking, Clerk
        By: Brenda Tolbert, Deputy Clerk