UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| RODITHA CAMACHO, | No. C 10-04667 MEJ |
| Plaintiff(s), | **ORDER TO SHOW CAUSE** |
| v. | |
| WASHINGTON MUTUAL BANK, FA, | |
| Defendant(s). | |

On October 15, 2010, Plaintiff Roditha Camacho filed the above-captioned complaint. On January 21, 2011, the Court ordered Plaintiff to file a status report based on the lack of further filings in this case. Dkt. No. 8. Because Plaintiff has failed to comply with this deadline, the Court hereby ORDERS Plaintiff to show cause why this case should not be dismissed for failure to prosecute and failure to comply with court deadlines. Plaintiff shall file a declaration by March 28, 2011, and the Court shall conduct a hearing on April 14, 2011 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California.

**IT IS SO ORDERED.**

Dated: March 14, 2011

_____
Maria-Elena James
Chief United States Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

RODITHA CAMACHO,

        Plaintiff,

  v.

WASHINGTON MUTUAL BANK, FA,

        Defendant.

Case Number: 10-04667 MEJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 14, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Roditha Camacho
130 Turquoise Way
Livermore, CA 94550

Dated: March 14, 2011

Richard W. Wieking, Clerk
By: Brenda Tolbert, Deputy Clerk