IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODITHA CAMACHO,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>WASHINGTON MUTUAL BANK, FA, *et al.*,<br><br>　　　　Defendants.<br>_____ / | No. C 10-04667 WHA<br><br><br>**ORDER ADOPTING<br>MAGISTRATE'S REPORT<br>AND RECOMMENDATION** |

　　　　The Court is in receipt of the report and recommendation by Magistrate Judge James.  No objections to this report and recommendation were timely filed.  This order **ACCEPTS** and **ADOPTS** the findings therein.  Accordingly, the action is **DISMISSED** pursuant to FRCP 41(b).

　　　　**THE CLERK SHALL CLOSE THE FILE.**

　　　　**IT IS SO ORDERED.**

Dated: April 25, 2011.

　　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE